# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORCHARD TERRACE ESTATES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EDISON V. CORTEZ, et al.,<br><br>Defendants. | Case No. 1:15-cv-00075-GEB-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ECF NO. 7 |

On January 23, 2015, the magistrate judge assigned to this action issued a Findings and Recommendations recommending that this action be remanded to state court. (ECF No. 7.) The Findings and Recommendations contained notice that any objections were to be filed within thirty (30) days. To date, no party has filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The January 23, 2015 Findings and Recommendations are ADOPTED IN FULL; and

2. This action is REMANDED to state court.

Dated: March 10, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge

1